UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-034-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | **ORDER** |
| | : | |
| JAMES WALTER GODDARD | : | |
| Defendant. | : | |

Upon motion by the Defendant, consented to by the government, and for good cause shown, it is hereby ORDERED that Docket Entry 51 be sealed.

This the _14_ day of _November_ 2011.

_____
UNITED STATES DISTRICT JUDGE